UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,
not in its individual capacity but solely as
Trustee for the RMAC Trust, Series 2016-
CTT,
                Plaintiff,

v.

SARAH MORGANO and PETER
MORGANO,
                Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 10729 (VB)

On November 20, 2019, plaintiff U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT, commenced the instant action against defendants Sarah Morgano and Peter Morgano. (Doc. #1).

On December 16, 2019, plaintiff docketed a proof of service indicating service on Peter Morgano on December 4, 2019. (Doc. #7). Peter Morgano had until December 26, 2019, to respond to the complaint. (Id.).

On December 19, 2019, plaintiff docketed a proof of service indicating service on Sarah Morgano on December 11, 2019. (Doc. #8). Sarah Morgano had until January 2, 2020, to respond to the complaint. (Id.).

To date, defendants have not answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek certificates of default as to defendants by January 28, 2020, and thereafter to move, by order to show cause, for default judgment against defendants by February 11, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: January 14, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge