UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, not :
in its individual capacity but solely as Trustee :
for the RMAC Trust, Series 2016-CTT, :
                Plaintiff, :   ORDER
v. :
                                                :   19 CV 10729 (VB)
SARAH MORGANO and :
PETER MORGANO, :
                Defendants. :
--------------------------------------------------------------x

      The Court conducted a telephonic hearing today, concerning plaintiff's order to show cause for default judgment against defendants. Plaintiff's counsel appeared for the hearing, but defendants did not appear.

      For the reasons stated on the record at the hearing, the Court GRANTED plaintiff's application for default judgment, but, by agreement with plaintiff's counsel, and to give defendants a further opportunity to be heard regarding the same, the Court will not issue or docket the judgment until April 27, 2020.

      Chambers will mail copies of this Order to defendants at the following addresses:

Sarah Morgano
51 West Main Street, Apt. 1
Goshen, NY 10924

Peter Morgano
2 Fairway Drive
Goshen, NY 10924

Dated: March 27, 2020
       White Plains, NY

                                                SO ORDERED:

                                                _____
                                                Vincent L. Briccetti
                                                United States District Judge