Copies Mailed/Faxed 9-2-20
Chambers of Vincent L. Briccetti

United States District Court
for the
Southern District of New York

U.S. BANK NATIONAL ASSOCIATION,      )
NOT IN ITS INDIVIDUAL CAPACITY       )
BUT SOLELY AS TRUSTEE FOR THE        )
RMAC TRUST, SERIES 2016-CTT          )
                                     )   Civil Action No. 19-cv-10729   9/2/20
            Plaintiff                )
                                     )   **ORDER VACATING DEFAULT**
            v.                       )   **JUDGMENT OF FORECLOSURE**
                                         **AND SALE, VOLUNTARILY**
                                         **DISMISSING COMPLAINT AND**
                                         **CANCELLING THE NOTICE OF**
                                         **PENDENCY OF ACTION**

                                     )
                                     )
SARAH MORGANO, PETER MORGANO         )
                                     )
            Defendant(s)             )

       Before the Court is a motion to voluntarily dismiss the Complaint pursuant to Fed. R.

Civ. P. §41(a)(2), vacate the Default Judgment of Foreclosure and Sale pursuant to Fed R. Civ.

P. §60(b), and cancel the Notice of Pendency of Action pursuant to N.Y. C.P.L.R. § 6514(a). The

action was commenced by filing of the Summons and Complaint on November 20, 2019, copies

of which were served on the Defendants. The Defendants failed to answer, appear or motion with

respect to the Complaint and defaulted. On April 27, 2020, the Court granted the Plaintiff default

judgment pursuant to Fed. R. Civ. P. §55(b)(2) and a Judgment of Foreclosure and Sale pursuant

to N.Y. R.P.A.P.L. §1351 and §1354. Thereafter, the Plaintiff accepted the Defendants' short

sale proceeds in satisfaction of the mortgage debt, which settled the case and nullified the

Judgment of Foreclosure and Sale. On these grounds, it is hereby:

       **ORDERED, ADJUDGED AND DECREED**, the Plaintiff's motion is granted; and it is

further

**ORDERED, ADJUDGED AND DECREED,** the Default Judgment of Foreclosure and

Sale entered on April 27, 2020 is vacated pursuant to Fed. R. Civ. P. § 60(b); and it is further

**ORDERED, ADJUDGED, AND DECREED,** the Referee who was appointed to sell

the property at public auction pursuant to the Judgment of Foreclosure and Sale, Alan L. Joesph,

Esq. is discharged and relieved of any and all obligations and requirements thereunder; and it is

further

**ORDERED, ADJUDGED, AND DECREED,** that pursuant to N.Y. C.P.L.R. § 6514(a),

the County Clerk of Orange County is directed, upon payment of proper fees, if any, to cancel

and discharge a certain Notice of Pendency filed on November 25, 2019 and in the Office of the

Clerk of the United State District Court for the Southern District of New York, and any other

filing against the property known as 139 Grand Street, Goshen, New York 10924, and said Clerk

is hereby directed to enter upon the margin of the record of the same a Notice of Cancellation

referring to this Order.

SO ORDERED:

**District Judge Vincent L. Briccetti**
**United States District Court for the**
**Southern District of New York**

9/2/2020

The Clerk is instructed to terminate the motion. (Doc. # 36).